UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHNNY BLANCHARD,

                    Petitioner,

    -against-                       9:02-CV-0081
                                             (LEK/RFT)

JAMES J. WALSH,

                    Respondent.

_____

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on April 25, 2005 by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Johnny Blanchard, which were filed on May 26, 2005.

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."  Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

      ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

1

ORDERED, that Petitioner Johnny Blanchard's Amended Petition is **DENIED** and

**DISMISSED**; and it is further

ORDERED, that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED.

DATED:       July 26, 2005
             Albany, New York

Lawrence E. Kahn
U.S. District Judge